IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL GARECHT, | : | Civil No. 3:20-cv-142 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN FCI ALLENWOOD LOW, | : | |
| Respondent | : | |

<u>ORDER</u>

**AND NOW**, this 20th day of March, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge